AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
        Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ20-144 (1)
US Priority Mail Parcel bearing confirmation number )
EJ241076809US (SUBJECT PARCEL #1), more fully )
described in Attachment A attached hereto )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     April 10, 2020     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     any U.S. Magistrate Judge in West. Dist. of Washington     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     March 27, 2020 at 9:00 a.m.         _____
                                                                                                        *Judge's signature*

City and state:     Seattle, Washington             Michelle L. Peterson, United States Magistrate Judge
                                                                                *Printed name and title*

USAO# 2020R00221 [SUBJECT PARCEL #1]

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ20-144 (1) | Date and time warrant executed:<br>3/27/2020 @ approximatley 9:37 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Inspector Mitch Vanicek | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>1) Parcel EJ241076809US and packaging.<br><br>2) $7,000 in U.S. currency. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

4/30/20
TB

Date:   4/30/2020

_Executing officer's signature_

Michael Fischlin, U.S. Postal Inspector
_Printed name and title_

## ATTACHMENT A
Parcels to be searched

**SUBJECT PARCEL # 1:** One Express Mail parcel addressed to "Dasche Blair, 4712 45th Ave SW, Seattle, WA 98116" with a return address of "Steven Blair, 3041 E Stillwater Lndg, Urbana, IL 61802." This parcel measures approximately 11.5" x 15.25" with a weight of approximately 1 pound. SUBJECT PARCEL #1 is postmarked March 20, 2020, from zip code 61821 in Champaign, IL, and carries $31.35 in postage. The delivery confirmation number EJ241076809US.

**SUBJECT PARCEL #2:** One Priority Mail parcel addressed to "Dash Blair, 4712 45th Ave SW, Seattle, WA 98116" with a return address of "Jim Little, 816 Fig Tree Lane, Brandon, FL 33511." This parcel measures approximately 8.5" x 5.5" x 1.75" with a weight of approximately 11.75 ounces. SUBJECT PARCEL #2 is postmarked March 23, 2020, from zip code 33511 in Brandon, FL, and carries $8.30 in postage. The delivery confirmation number 9505 5066 5666 0083 2326 49.

The SUBJECT PARCELS are currently in the custody of the U.S. Postal Inspection Service located at 301 Union Street, Seattle, Washington.

ATTACHMENT A – 1
PARCELS TO BE SEARCHED
USAO# 2020R00221 [SUBJECT PARCELS #1 & 2]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section 841(a)(1), distribution and possession with intent to distribute controlled substances, and Section 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, and gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATTACHMENT B – 1
ITEMS TO BE SEIZED
USAO# 2020R00221 [SUBJECT PARCELS #1 & 2]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970